AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RICHARD B. BRYANT, JR., Plaintiff,

V.

PROVISO TOWNSHIP HIGH SCHOOL FOUNDATION FOR EDUCATIONAL EXCELLENCE d/b/a PROVISO TOWNSHIP HIGH SCHOOL DISTRICT #209

CASE NUMBER: 08CV4491

ASSIGNED JUDGE: JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN
EDA

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

PROVISO TOWNSHIP HIGH SCHOOL FOUNDATION FOR EDUCATIONAL EXCELLENCE d/b/a PROVISO TOWNSHIP HIGH SCHOOL DISTRICT #209
c/o Angela L. McDaniel
8601 Roosevelt Road
Forest Park, IL 60130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
**(By) DEPUTY CLERK**

August 8, 2008
Date

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date              Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## United States District Court, Northern District Of Illinois

Richard B. Bryant, Jr.,

        Plaintiff(s),

vs.

Proviso Township High School, et al,

        Defendant(s).

Case No.: 08 CV 4491

**AFFIDAVIT OF SERVICE**

I, William Tobias, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years and not a party to this action.

On August 11, 2008 at 2:15 PM, I served the within Summons and Complaint on Proviso Township High School Foundation For Educational Excellence d/b/a Proviso Township HighSchool District #209 c/o Angela McDaniel in the following manner:

**Corporate Service:** By leaving a copy of the Summons and Complaint with Secuirity Officer, , an officer or agent of Proviso Township High School Foundation For Educational Excellence d/b/a Proviso Township HighSchool District #209 c/o Angela McDaniel.

Service was effected at 8601 Roosevelt Rd., Forest Park, IL 60130.

Description of person process was left with:

Sex: **Female** – Skin: **Black** – Hair: **Black** – Approx. Age: **30** – Height: **5'4"** – Weight: **170**

Comments: Angela McDaniel is no longer employed here. I served the papers to Human Resources and also to security.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



X _____
**William Tobias**
License(s): Agency: 117-001101

United Processing, Inc.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
312.629.0140

20332