# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number: 08 C 4491

Bryant
v.
Proviso Township High School Foundation for Educational
Excellence d/b/a Proviso Township High School District #209

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Proviso Township High School Foundation for Educational Excellence d/b/a Proviso Township High School District #209

| NAME (Type or print) |  |
|---|---|
| K. Austin Zimmer, Esq. |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ K. Austin Zimmer, Esq. |  |
| FIRM |  |
| Del Galdo Law Group, LLC |  |
| STREET ADDRESS |  |
| 10526 W. Cermak Road, Suite 300 |  |
| CITY/STATE/ZIP |  |
| Westchester / IL / 60154 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6276227 | 708.531.8800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |