IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Richard B. Bryant, Jr., ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 08 cv 4491 |
| v. ) | |
| ) | Judge Gottschall |
| Proviso Township High School Foundation ) | |
| For Education Excellence d/b/a Proviso ) | Mag. Judge Nolan |
| Township High School District #209 ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO QUASH ALLEGED SERVICE OF PROCESS**

Proviso Township High School District #209, by its attorneys George S. Spataro, and K. Austin Zimmer of Del Galdo Law Group, LLC hereby moves this Honorable Court to quash the alleged service of process on it herein, and in support states:

1. 735 ILCS 5/2-211 governs service of process on public, municipal, governmental and quasi-municipal corporations or bodies. To properly serve these types of entities, one must personally serve the president or clerk or other officer corresponding thereto;

2. Strict compliance with the statute is required to effectuate valid service. *Sarkissian v. Chicago Board of Education*, 201 Ill. 2d 95 (2002);

3. Substitute service on a municipal entity is not a permissible method of service, *Miller v. Town of Cicero*, 225 Ill. App. 3d 105 (1st Dist. 1992);

4. The Affidavit of Service, filed herein as Document No. 9, on August 15, 2008 by Plaintiff recites that service on Defendant was by "leaving a copy of the Summons and Complaint with Security Officer c/o Angela McDaniel." The Affidavit

also recites that "<u>Angel McDaniel is no longer employed here. I served the papers to Human Resources and also to security,</u>" and that Process was left with "<u>sex: female – skin: black – hair: black – approx. age: 30 – height: 5'4" – weight: 170.</u>" See attached;

5.   Said affidavit fails to identify, by name and title, the person allegedly served;

6.   Additionally, said affidavit does not recite that service was made by personal service upon the "president or clerk or other officer corresponding thereto" as required by § 2-211. Instead, it reflects that "corporate service" was done by leaving the papers with an unnamed "<u>Security Officer</u>" and/or "<u>to Human Resources;</u>"

7.   This Court has not acquired jurisdiction over Defendant as service of process has not been properly achieved.

WHEREFORE, Defendant request an order quashing the alleged service of process herein on August 11, 2008 and finding that the Court has not yet acquired jurisdiction over Defendant herein.

                              Respectfully Submitted,

                    By:   <u>s/ George S. Spataro, Esq.</u>
                         George S. Spataro, Esq.

George S. Spataro, Esq. (#3126416)
K. Austin Zimmer, Esq. (#6276227)
Del Galdo Law Group, LLC
Attorneys for Proviso Township High School Dist. #209
10526 W. Cermak Road, Ste. 300
Westchester, Il 60154
708.531.8800

United States District Court, Northern District Of Illinois

Richard B. Bryant, Jr.,

      Plaintiff(s),

vs.

Proviso Township High School, et al.

      Defendant(s).

Case No.: 08 CV 4491

AFFIDAVIT OF SERVICE

I, William Tobias, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years and not a party to this action.

On August 11, 2008 at 2:15 PM, I served the within Summons and Complaint on Proviso Township High School Foundation For Educational Excellence d/b/a Proviso Township HighSchool District #209 c/o Angela McDaniel in the following manner:

Corporate Service: By leaving a copy of the Summons and Complaint with Security Officer, , an officer or agent of Proviso Township High School Foundation For Educational Excellence d/b/a Proviso Township HighSchool District #209 c/o Angela McDaniel.

Service was effected at 8601 Roosevelt Rd., Forest Park, IL 60130.

Description of person process was left with:

Sex: Female – Skin: Black – Hair: Black – Approx. Age: 30 – Height: 5'4" – Weight: 170

Comments: Angela McDaniel is no longer employed here. I served the papers to Human Resources and also to security.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



X William Tobias
License(s): Agency: 117-001101

United Processing, Inc.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
312.629.0140

20332