IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Richard B. Bryant, Jr., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Proviso Township High School Foundation ) <br> For Education Excellence d/b/a Proviso ) <br> Township High School District #209 ) <br> ) <br> Defendant. ) | No. 08 cv 4491 <br><br> Judge Gottschall <br><br> Mag. Judge Nolan |

## NOTICE OF MOTION

To: Lisa R. Kane, Esq.
Lisa Kane & Associates
120 South LaSalle St., Ste. 1420
Chicago, Il 60603
lisakane@sbcglobal.net

PLEASE BE NOTIFIED that on **September 11, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, in Room 2325, or before any judge sitting in her stead, in said courtroom usually occupied by her, at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present **DEFENDANT'S MOTION TO QUASH ALLEGED SERVICE OF PROCESS**, a copy of which is attached hereto.

Respectfully Submitted,

By: s/ George S. Spataro, Esq.
George S. Spataro, Esq.

George S. Spataro, Esq. (#3126416)
K. Austin Zimmer, Esq. (#6276227)
Del Galdo Law Group, LLC
Attorneys for Proviso Township High School Dist. #209
10526 W. Cermak Road, Ste. 300
Westchester, Il 60154
708.531.8800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice of Motion and attendant documents to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on September 2, 2008.

                                                s/ George S. Spataro, Esq.
                                                George S. Spataro, Esq.