# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD B. BRYANT, JR. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 4491 |
| v. | ) | |
| | ) | Honorable Judge Gottschall |
| PROVISO TOWNSHIP HIGH | ) | Judge Presiding |
| SCHOOL FOUNDATION FOR | ) | |
| EDUCATIONAL EXCELLENCE | ) | Magistrate Judge Nolan |
| d/b/a PROVISO TOWNSHIP HIGH | ) | |
| SCHOOL DISTRICT #209 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: George S. Spataro, Esquire
Austin Zimmer, Esquire
Del Galdo Law Group, LLC
10526 W. Cermak Road, Ste. 300
Westchester, IL 60154

PLEASE TAKE NOTICE that on *Friday,* **September 5, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Friday, September 5, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093